IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>10,789 PIECES OF PRIZED PR TRADITIONAL LOTTERY TICKETS, WITH AN APPROXIMATE VALUE OF $27,952.00 AND $18,000.00 IN US CURRENCY,<br><br>**Defendant.** | CIVIL NO. 15- |

## ORDER

Upon the United States' "Motion Requesting Issuance of Warrant of Arrest in Rem and Seizure", and after having been duly advised of all the facts, the Court ORDERS that a Warrant of Arrest in Rem be issued, and that the original be delivered to the United States Attorney for the District of Puerto Rico, who will make arrangements for its service according to law. The property to be arrested is: 10,789 PIECES OF PRIZED PR TRADITIONAL LOTTERY TICKETS, WITH AN APPROXIMATE VALUE OF $27,952.00 AND $18,000.00 IN US CURRENCY.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

1